IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ABS-CBN CORPORATION**, a Philippines Corporation, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 16 C 11448 ) |
| **MARK ORVEN MERCADO**, an Individual and **PINOY GRILL, LLC**, an Illinois Limited Liability Company, | ) ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM ORDER

Patterson Law Firm, LLC has filed a motion for leave to withdraw Stephanie Simpson as counsel for defendants in this action (the "Motion," Dkt. No. 21), based on the inability of defendants to continue paying counsel's legal fees. Such inadequacy is not of course a subject to be addressed by this Court. It simply grants the Motion, for it consistently views such motions (whether initiated by a lawyer or by a dissatisfied client) as the equivalent of no-fault divorce, for in either event it would be inappropriate to compel the two to be linked together. As for defendants, they are ordered to obtain new counsel on or before August 3, 2017, and a status hearing is set for 9 a.m. on that date.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 11, 2017